IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01353-REB-BNB

LOUIS PSIHOYOS,

Plaintiff,

v.

APPLE, INC., and
APPLE COMPUTERS, INC.

Defendants.

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), please take notice that Plaintiff, Louis Psihoyos, hereby voluntarily dismisses the above action as against all Defendants, with prejudice, with each party to bear its own costs and fees, including reasonable attorneys' fees.

Dated: October 24, 2007

THE KAUDY LAW FIRM LLC

By: _____
    Richard M. Kaudy
    1416 Larimer Street, Suite 301
    Denver, Colorado 80202

Attorneys for Plaintiff